UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CHAPTER 13 PROCEEDINGS
KEVIN PAUL BENKO

CASE NO: 22-21248 KL

Debtor(s)

## MOTION TO DISMISS FOR FAILURE TO COMMENCE PLAN PAYMENTS

Comes now Paul R. Chael, Trustee herein, and states that Debtor(s) failed to commence plan payments under the terms of the Plan and that no showing has been made of any just cause for such failure.

**Amount of default: $2,860.00**
**Current Plan Payment: $1,430.00 MONTHLY**

Wherefore, your Trustee prays that these proceedings be dismissed pursuant to Sec.1307 (c) (4) of the Bankruptcy Code and that a time be set for your Trustee to make final report of his receipts and disbursements in these proceedings.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): DAVID DABERTIN ATTY AT LAW CORP

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

KEVIN PAUL BENKO, 530 211TH ST, DYER, IN 46311

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Merrillville, IN 46410
(219) 650-4015